UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Criminal No. 4:15-CR-14-1BO
Civil No. 4:16-CR-270-BO

KEYDA MONAYLOVICK GARRICK,      )
                                )
            Petitioner,          )
                                )
v.                              )      ORDER
                                )
UNITED STATES OF AMERICA,       )
                                )
            Respondent.          )

Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this order.

SO ORDERED. This _18_ day of November, 2016.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE